

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 13, 2019

**BY EMAIL**
The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: ***United States v. Gary Pamperien*,**
        **19 Mag. 9970**

Dear Judge Smith,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

                Very truly yours,

                GEOFFREY S. BERMAN
                United States Attorney

by: _____
      Benjamin A. Gianforti
      Assistant United States Attorney
      (914) 993-1919

SO ORDERED:

                Hon. Lisa Margaret Smith
                U.S.M.J.